# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

gnaydenskiy@faillacelaw.com

June 13, 2019

**Via Electronic Filing**
The Honorable Judge Lorna G. Schofield
U.S. District Court Southern District of New York
500 Pearl St
New York, NY 10007

　　　　　Re:　Martinez et al v. Stop 1 Deli & 99 Cent Plus Corp. et al
　　　　　　　Index No**. 19-cv-02662-LGS**

Dear Honorable Judge Schofield:

　　We represent Plaintiff in the above-referenced matter. We write to respectfully request Your Honor vacate the June 13, 2019 Orders and allow Plaintiff one week to amend the complaint. Plaintiff intends to file an amended complaint in accordance with F.R.C.P. Rule 15. USCS Fed Rules Civ Proc R 15. Thereafter, counsel will immediately serve Defendants with the amended complaint. Subsequent to Defendants' deadline to answer, counsel will request certificate of defaults and will file the default motion within one week thereafter. Therefore, we respectfully request Your Honor's June 13, 2019 Orders be vacated and Plaintiff be allowed one week to amend the complaint.

　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　s/ *Gennadiy Naydenskiy*
　　　　　　　　　　　　　　　Gennadiy Naydenskiy
　　　　　　　　　　　　　　　60 East 42nd Street, Suite 4510
　　　　　　　　　　　　　　　New York, New York 10165
　　　　　　　　　　　　　　　Email: Gnaydenskiy@faillacelaw.com
　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*