UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAUL MARTINEZ,
                         Plaintiff

                -against-

STOP 1 DELI & 99 CENT PLUS CORP., ET AL.,
                         Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

19 civ. 2662 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 65 requires Plaintiff to file an affidavit of service -- showing that Plaintiff served non-appearing Defendant Stop 1 Deli & 99 Cent Plus Corp. the default judgment papers -- by November 12, 2019;

WHEREAS, Plaintiff did not timely file this affidavit of service. It is hereby

**ORDERED** that Plaintiff shall file this affidavit of service as soon as possible and no later than **November 14, 2019**.

Dated: November 13, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE