UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAUL MARTINEZ, individually, :

        Plaintiff, :

    -against- :

STOP 1 DELI & 99 CENT PLUS CORP. (D/B/A
STOP ONE DELI & 99 CENTS), et al.:

        Defendants. :
------------------------------------------------------------X

ORDER

19-CV-2662 (LGS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above captioned action on February 5, 2020, at 2:00 p.m. All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
      January 28, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE